FILED BY_____D.C.

05 JUN -7 PM 2: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION AT JACKSON

ADVANCED RADIOLOGY, P.C.

    Plaintiff,

v.                                  No.   1-03-1059-A

TROY CAVE AND HPS, INC.,

    Defendants.

## CONSENT ORDER GRANTING PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANT, HPS, INC.

**COME NOW** the Parties, by and through undersigned counsel, and hereby consent to Timothy W. Smith and John P. Sheahan withdrawing as counsel for the Defendant, HPS, Inc. The Defendant, HPS, Inc., has filed for bankruptcy and the U.S. Trustee has confirmed that he will not retain aforementioned counsel on behalf of the Defendant. (See correspondence attached hereto as Exhibit "A")

It is further **ORDERED ADJUDGED AND DECREED** that John P. Sheahan and Timothy W. Smith are hereby granted permission to withdraw in this matter as counsel for the Defendant, HPS, Inc., and are relieved of any further duties on behalf of the Defendant, HPS, Inc.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __6/8/05__



It is hereby **ORDERED** this the \_\_7th\_\_ day of June 2005.

_____James D. Todd_____
Judge

_____7 June 2005_____
Date

APPROVED AS TO FORM:

ATTORNEYS FOR TROY CAVE AND HPS, INC.

_____
TIMOTHY W. SMITH (20291)
JOHN P. SHEAHAN, JR.(17558)
2670 Union Extended Suite 1200
Memphis, TN 38107
901-323-8048


ATTORNEY FOR PLAINTIFF

_____
LEWIS COBB, ESQ. (5369)
312 E. Lafayette Street
P.O. Box 2004
Jackson, Tennessee 38302
(731) 424-0461

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:03-CV-01059 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

John P. Sheahan
LAW OFFICE OF TIMOTHY W. SMITH
2670 Union Extd.
Ste. 1200
Memphis, TN 38112

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Timothy W. Smith
LAW OFFICE OF TIMOTHY W. SMITH
2670 Union Extd.
Ste. 1200
Memphis, TN 38112

Honorable James Todd
US DISTRICT COURT